**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

JERRY DAVIS, #270224,                            )    C/A No. 3:12-1166 DCN
                                                 )
                    Plaintiff,                   )
                                                 )
            vs.                                  )    **O R D E R**
                                                 )
RICHARD HAYES,                                   )
                                                 )
                    Defendant.                   )
_____          )

The above referenced case is before this court upon the magistrate judge's recommen-

dation that the case be dismissed without prejudice and without issuance and service of

process.

This court is charged with conducting a de novo review of any portion of the magis-

trate judge's report to which a specific objection is registered, and may accept, reject, or

modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. §

636(b)(1).   However, absent prompt objection by a dissatisfied party, it appears that Congress

did not intend for the district court to review the factual and legal conclusions of the magis-

trate judge.  Thomas v Arn, 474 U.S. 140 (1985).  Additionally, any party who fails to file

timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1)

waives the right to raise those objections at the appellate court level.  United States v.

Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]  **No objections**

---

[1]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant
must receive fair notification of the consequences of failure to object to a magistrate judge's
report before such a procedural default will result in waiver of the right to appeal.  The notice
must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him
of what is required.'"  Id. at 846.  Plaintiff was advised in a clear manner that his objections had

**have been filed to the magistrate judge's report and recommendation.**

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, and the case is **DISMISSED** without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

June 8, 2012
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**
The parties are hereby notified that any  right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.